**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

MANDATE

Roseann B. MacKechnie
CLERK

2005 JAN 24 P 2:51
U.S. DISTRICT COURT
NEW HAVEN, CT

FILED
JAN 12 2005
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

Date: 1/12/05
Docket Number: 02-0262-pr
Short Title: Vines v. Lovack
DC Docket Number: 01-cv-361
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Warren Eginton

DC Initials CT/New Haven

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 12th day of January two thousand four.

EDWARD VINES,

    Plaintiff-Appellant,

v.

LOVACK, Warden, I/O/, PETER MATOS, I/O, BRIAN MURPHY, I/O, LARRY MYERS, I/O, BUTLER, Captain, I/O, CUSIMANO, Captain, I/O, CHAPDELAINE, Captain, I/O, EMANUEL, Lieutenant, I/O,

    Defendants-Appellees.

The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, <u>inter</u> alia,

either pay the docketing fee or move for leave to proceed  in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

    The Appellant herein not having so proceeded, upon consideration thereof,
        it is ordered that the appeal from the order of August 30, 2002 United States District Court for the Ditrict of Connecticut at New Haven be and it hereby is dismissed.

Certified:    JAN 1 2 2005

For the Court,
Roseann B. MacKechnie, Clerk

*Yolanda Siders*
By: Yolanda Siders
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK